# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Great West Casualty Company, ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| National Casualty Company and Steve ) | |
| Heinis, ) | |
| ) | Case No. 4:13-cv-012 |
| Defendants. ) | |

Before the court is a motion for attorney Scott W. McMickle to appear *pro hac vice* on Defendant National Casualty Company's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Scott W. McMickle has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 16) is **GRANTED**. Attorney Scott W. McMickle is admitted to practice before this court in the above-entitled action on behalf of Defendant National Casualty Company.

**IT IS SO ORDERED.**

Dated this 28th day of October, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge