# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  14-3522
_____

Great West Casualty Company

Plaintiff - Appellee

v.

National Casualty Company

Defendant - Appellant

Steve Heinis

Defendant

---

Appeal from U.S. District Court for the District of North Dakota - Bismarck
(4:13-cv-00012-CSM)

---

## JUDGMENT

Before LOKEN, MELLOY and GRUENDER, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district

court in this cause is affirmed in accordance with the opinion of this Court.

December 07, 2015


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans